UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GENO LEWIS HAWKINS, SR.,

      Petitioner,

v.                                    Case No.  4:16cv293/RH/CJK

STATE OF FLORIDA,

      Respondent.
_____/

<u>REPORT AND RECOMMENDATION</u>

This habeas case, filed under 28 U.S.C. § 2254, is before the court upon referral from the clerk.  On May 24, 2016, the undersigned ordered petitioner to submit, within thirty days:  (1) an amended petition on the court form accompanied by two service copies, and (2) the $5.00 filing fee or a complete application to proceed *in forma pauperis* on the court form.[1]  (Doc. 4).  Petitioner was warned that failure to comply with the order would result in dismissal of this case.  To date, petitioner has not complied with the order and has not responded to the July 6, 2016

---

[1] Petitioner's previously filed application to proceed *in forma pauperis* was denied without prejudice because it was not on the court form and did not include a supporting affidavit, a prisoner consent form, or an account statement for the required time period.  *See* Doc. 2; *see also* 28 U.S.C. § 1915(a)(2).

order (doc. 5) requiring him to show cause, within fourteen days, why this case should not be dismissed for failure to comply with an order of the court.

Accordingly, it is respectfully RECOMMENDED:

1.  That this case be DISMISSED WITHOUT PREJUDICE for petitioner's failure to comply with an order of the court.

2.  That the clerk be directed to close the file.

At Pensacola, Florida this 8th day of August, 2016.


**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  See 11th Cir. R. 3-1; 28 U.S.C. § 636.