# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

GENO LEWIS HAWKINS, SR.,

      Plaintiff,

v.                               CASE NO.  4:16cv293-RH/CJK

STATE OF FLORIDA,

      Defendant.

_____/

## ORDER OF DISMISSAL

This petition for a writ of habeas corpus is before the court on the magistrate judge's report and recommendation, ECF No. 6.  The recommendation is for dismissal of the petition without prejudice.  The petitioner has apparently acquiesced, *see* ECF No. 7, and in any event has not filed objections.  Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion.  The clerk must enter judgment stating, "The complaint is dismissed without prejudice."  The clerk must close the file.

SO ORDERED on August 30, 2016.

                           s/Robert L. Hinkle_____
                           United States District Judge